UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 14-27-JJB-SCR |
| | : | |
| JON WAYNE GARON | : | |

**FACTUAL STIPULATION**

The United States and the defendant stipulate, for the purposes of Rule 11(b)(3) of the Federal Rules of Criminal Procedure, and pursuant to Section 6B1.4 of the United States Sentencing Guidelines, to the following facts:

At all relevant times, JON WAYNE GARON ("the defendant") was a resident of St. Francisville, Louisiana. J.T. was a resident of Zachary, Louisiana. From at least in or about 2009, until in or about September 2013, the defendant purchased illegal narcotics from J.T. on approximately three to four occasions per month. From at least in or about 2009, until in or about September 2013, the defendant witnessed others, both known and unknown to the defendant, purchase illegal narcotics from J.T.

From at least in or about August 2013, until in or about September 2013, the defendant drove J.T., R.M., P.S., and a minor female to a hotel located in Baton Rouge, Louisiana, and reserved and paid for hotel rooms so that J.T. could illegally distribute a Schedule II controlled substance, Roxicodone, to R.M., P.S., the minor female, and others, both known and unknown to the defendant. The defendant reserved the rooms under his name to conceal J.T.'s involvement in the room and the activities therein, including the illegal distribution.

An example of the defendant's activities include, on or about August 28, 2013, in the

Middle District of Louisiana, the defendant drove J.T., R.M., and P.S. to a hotel located in Baton Rouge, Louisiana, and reserved and paid for hotel rooms so that J.T. could illegally distribute Roxicodone to R.M., P.S., the minor female, and others, both known and unknown to the defendant. While inside one of the hotel rooms the defendant reserved and paid for, the defendant purchased Roxicodone from J.T., as well as witnessed J.T. illegally distribute Roxicodone to R.M., P.S., and others, both known and unknown to the defendant. The defendant used his name to reserve the room in order to conceal J.T.'s involvement with the rooms, and the illegal distribution, *and did not, as soon as possible, make known the same to some judge or other person in civil or military authority under the United States.*

The defendant accepted responsibility for his actions and immediately agreed to plead guilty and cooperate.

The defendant understands the Court is not bound by this stipulation.

This Factual Stipulation is entered into this 20TH day of March, 2014, at Baton Rouge, Louisiana.

_____
JON WAYNE GARON
DEFENDANT

_____
REGINALD E. JONES, MSBN 102806
ASSISTANT U.S. ATTORNEY
777 Florida Street, Suite 208
Baton Rouge, LA 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: reginald.jones2@usdoj.gov

_____
JACK DAMPF, LBN 4481
ATTORNEY FOR DEFENDANT
One American Place, Suite 1640
Baton Rouge, LA 70825
Telephone: 225-387-1724
Fax: (225) 387-4386
E-mail: jack@dtmlaw.net