# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | Criminal Action No. 14-27-JJB-SCR |
|---|---|
| -vs- | |
| JON WAYNE GARON | AUSA: Reginald E. Jones |
| | Dft.'s Atty.: Jack M. Dampf |
| | Morgan Johnson |

| JUDGE: | Stephen C. Riedlinger | DATE: | January 12, 2015 |
|---|---|---|---|
| DEPUTY CLERK: | Bridget Wolfe | TAPE/REPORTER: | |
| INTERPRETER: | | PRETRIAL/PROBATION: | Erica Hives |

## CLERK'S MINUTES
## REVOCATION OF PRETRIAL RELEASE HEARING

The defendant was advised of his rights and the purpose of this hearing.

Before commencement of a hearing on the government's motion to revoke the defendant's pretrial release, the defendant stipulated to revocation of his pretrial release, pending his possible placement in an inpatient substance abuse treatment facility.

The court revoked the defendant's pretrial release pending further information regarding his placement in a treatment program.

The government had no objection.

C: cr8; T-:09

  Either party may request that the government's motion be set for a hearing.

  The defendant was remanded to the custody of the United States Marshal pending placement in a treatment facility.

       \*   \*   \*

C: cr8; T-:09