

# United States District Court for the Middle District of Louisiana
*U.S. Probation and Pretrial Services Office*

**FROM the desk of Erica Hives Johnson,** *U.S. Probation Officer*

| | |
|---|---|
| **DATE:** | July 8, 2014 |
| **TO:** | Reginald Jones<br>U.S. Attorney's Office |
| **RE:** | Jon Wayne Garon<br>Case No. 14-CR-27-JJB-SCR |

### NOTICE OF VIOLATION OF PRETRIAL SERVICES SUPERVISION

This memorandum is to advise you of violations committed by the defendant since his release on bond.

On April 9, 2014, the Court ordered the above named defendant released on personal recognizance with pretrial supervision. This supervision includes the following conditions:

- Travel Restriction (Middle District of Louisiana)
- Mental Health
- Firearm/Weapon Restriction
- Refrain from Alcohol
- No Unlawful Possession/Use of Illegal Drugs
- Drug Testing
- Drug Treatment

This defendant was released from custody on April 9, 2014, and these bond conditions were reviewed with the defendant on that date. Sentencing is pending without date in this matter.

Our office submits the defendant has violated the following conditions of bond:

Technical Noncompliance

| Condition No. | Condition |
|---|---|
| 7(o) | The defendant must participate in drug treatment if directed by pretrial services. |

On June 13, 2014, this officer received notification from Cenikor Foundation that the defendant failed to report to drug treatment. Specifically, the defendant failed to appear for treatment on May 12, 19, and 26, 2014 and June 5 and 12, 2014. Upon telephone contact with the defendant on June 18, 2014, the defendant was informed of his non-compliance and instructed to immediately report to treatment as ordered. The defendant further failed to report on June 19 and 26, 2014 and July 3, 2014.

Additionally, the defendant was instructed to report to the U.S. Probation office on June 19 and 26, 2014, to discuss his non-compliance and submit a urine screen; however, he failed to report. It should be noted the defendant ultimately reported to the U.S. Probation office on June 30, 2014, and submitted a negative drug screen to the duty officer in this officer's absence.

**Recommendation**

It is recommended that a warrant be issued for the defendant's arrest and that he be brought before the Court for a hearing to determine if the bond should be revoked. The defendant's failure to report to drug treatment and report to this office as instructed reflects a heightened risk of non-appearance. Therefore, it is further recommended that the defendant's bond be revoked as there appears to be no condition or combination of conditions to reasonably assure the defendant's appearance as required.

Please contact me should you have any questions or concerns regarding this matter. I can be reached at 389-3670. Thank you.

cc:         Honorable James J. Brady, U.S. District Judge
            Honorable Stephen C. Riedlinger, U.S. District Magistrate Judge