

**United States District Court
for the
Middle District of Louisiana**
*U.S. Probation and Pretrial Services Office*

---

**FROM the desk of Erica Hives Johnson,** *U.S. Probation Officer*

**DATE:** January 5, 2015

**TO:** Reginald Jones
U.S. Attorney's Office

**RE:** Jon Wayne Garon
Case No. 14-CR-27-JJB-SCR

### NOTICE OF VIOLATION OF PRETRIAL SERVICES SUPERVISION - UPDATE

This memorandum is to advise you of violations committed by the defendant since his release on bond. This memorandum serves as an update since the previous violation memorandum dated July 8, 2014.

On April 9, 2014, the Court ordered the above named defendant released on personal recognizance with pretrial supervision. This supervision includes the following conditions:
- Travel Restriction (Middle District of Louisiana)
- Mental Health
- Firearm/Weapon Restriction
- Refrain from Alcohol
- No Unlawful Possession/Use of Illegal Drugs
- Drug Testing
- Drug Treatment

This defendant was released from custody on April 9, 2014, and these bond conditions were reviewed with the defendant on that date. Sentencing is pending without date in this matter.

Our office submits the defendant has violated the following conditions of bond:

Technical Noncompliance

| Condition No. | Condition |
|---|---|
| 7(o) | **The defendant must participate in drug treatment if directed by pretrial services.** |

**NOTICE OF VIOLATION OF PRETRIAL SERVICES SUPERVISION**
RE: Jon Wayne Garon
January 5, 2015
Page 2

> On January 5, 2015, this officer received notification from Bonne Sante treatment facility that the defendant failed to report to drug treatment. Specifically, the defendant has not reported to treatment since November 18, 2014. Additionally, the defendant was instructed to report to the U.S. Probation office on December 29, 2014, to discuss his substance abuse treatment progress and submit a drug screen; however, he failed to report. This officer also received information from a collateral contact that the defendant is drinking alcohol daily and becoming disorderly towards family members.

**Recommendation**

It is recommended that a warrant be issued for the defendant's arrest and that he be brought before the Court for a hearing to determine if the bond should be revoked. The defendant's repeated failure to report to drug treatment, alleged use of alcohol, and failure to report to this office as instructed reflects a heightened risk of non-appearance. Therefore, it is further recommended that the defendant's bond be revoked as there appears to be no condition or combination of conditions to reasonably assure the defendant's appearance as required.

Please contact me should you have any questions or concerns regarding this matter. I can be reached at 389-3670. Thank you.

cc:     Honorable James J. Brady, U.S. District Judge
        Honorable Stephen C. Riedlinger, U.S. District Magistrate Judge