

# United States District Court for the Middle District of Louisiana
*U.S. Probation and Pretrial Services Office*

**FROM the desk of Erica Hives Johnson,** *U.S. Probation Officer*

**DATE:** March 11, 2015

**TO:** Reginald Jones
U.S. Attorney's Office

**RE:** Jon Wayne Garon
Case No. 14-27-JJB-SCR

### NOTICE OF VIOLATION OF PRETRIAL SERVICES SUPERVISION - UPDATE

This memorandum is to advise you of violations committed by the defendant since his release on bond.  This memorandum serves as an update since the two previous violation memorandums dated July 8, 2014, and January 5, 2015.

On April 9, 2014, the Court ordered the above named defendant released on personal recognizance with pretrial supervision.  This supervision includes the following conditions:
- Travel Restriction (Middle District of Louisiana)
- Mental Health
- Firearm/Weapon Restriction
- Refrain from Alcohol
- No Unlawful Possession/Use of Illegal Drugs
- Drug Testing
- Drug Treatment

This defendant was released from custody on April 9, 2014, and these bond conditions were reviewed with the defendant on that date.  Sentencing is pending without date in this matter.

Our office submits the defendant has violated the following conditions of bond:

New Criminal Activity

The defendant shall not commit any offense in violation of federal, state, or local law while on release.  The defendant was arrested as follows:

| Date of Arrest | Agency / Court | Charge | Disposition (if any) |
|---|---|---|---|
| 03/10/2015 | Pointe Coupee Sheriff's Office / 18th Judicial District Court | Operating a Vehicle While Intoxicated, Driving on Roadway Laned for Traffic | Arraignment set for 06/09/2015 |

The defendant was arrested for operating a vehicle while intoxicated and driving on roadway laned for traffic by the Pointe Coupee Sheriff's Office on March 10, 2015.

Technical Noncompliance

| Condition No. | Condition |
|---|---|
| **CONDITION NO. 7l:** | **The defendant must not use alcohol.** |

The defendant was arrested for operating a vehicle while intoxicated and driving on traffic roadway by the Pointe Coupee Sheriff's Office on March 10, 2015.  On March 11, 2015, this officer contacted the defendant regarding this arrest.  The defendant admitted he drank alcohol (beer) on March 10, 2015, prior to being arrested for the aforementioned offense.

**Recommendation**

It is recommended that a warrant be issued for the defendant's arrest and that he be brought before the Court for a hearing to determine if the bond should be revoked.  It is further recommended that the defendant's bond be revoked as there appears to be no condition or combination of conditions to reasonably assure the defendant's appearance as required or the safety of any other person or the community.  It should be noted the defendant has been brought before the Magistrate Judge on two previous occasions regarding his inability to adhere to his conditions of release.  Additionally, the defendant's March 10, 2015, arrest occurred seven days following his release from inpatient treatment.

When the warrant is requested from the Court, please advise the Judge whether or not the warrant and petition should be sealed.  Please contact me should you have any questions or concerns regarding this matter.  I can be reached at 389-3670.  Thank you.

cc:     Honorable James J. Brady, U.S. District Judge
        Honorable Stephen C. Riedlinger, U.S. District Magistrate Judge