AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14-27-JJB-SCR |
| Jon Wayne Garon | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jon Wayne Garon,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See attached petition

Date: 03/13/2015

*Issuing officer's signature*

City and state: Baton Rouge, Louisiana

Stephen C. Riedlinger, Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jon Wayne Garon
Known aliases:
Last known residence: 709 Berthier Street, New Roads, Louisiana 70760
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth: New Roads, Louisiana
Date of birth: 06/15/1965
Social Security number: 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
Height:                                                          Weight:
Sex: Male                                                        Race: White
Hair:                                                            Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 983236NC1
Complete description of auto:

Investigative agency and address: U.S. Probation and Pretrial Services Office
777 Florida Street, Suite 161, Baton Rouge, LA 70801

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: March 11, 2015