UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
MAY 14, 2015
BRADY, J.

UNITED STATES OF AMERICA

VERSUS

JON WAYNE GARON

CRIMINAL

NO. 14-27-JJB-SCR

This cause came on this day for sentencing.

PRESENT: Adam Ptashkin, Esq.
Counsel for United States

Jack M. Dampf, Esq.
Counsel for Defendant

Objections to the presentence report are discussed.

The court accepts the plea agreement.

The court pronounces sentence.

The defendant is advised of his right to appeal.

The defendant is remanded to the custody of the U.S. Marshal.

* * * * *

Gina Richard/Reporter
C: CR 53; T- 1 hr.